■ SOL ROSENBERG et al., Appellants, v CANETTI & TROODLER et al., Respondents. [766 NYS2d 92] —In an action, inter alia, to recover damages for breach of an alleged escrow agreement, the plaintiffs appeal, as limited by their brief, from so much of a judgment of the Supreme Court, Rockland County (Sherwood, J.), entered March 1, 2002, as, after a nonjury trial, dismissed the complaint.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

The determination of a trial court after a nonjury trial should not be disturbed on appeal unless it could not have been reached upon any fair interpretation of the evidence (*see Thoreson v Penthouse Intl.,* 80 NY2d 490, 495 [1992]; *Kaniklidis v 235 Lincoln Place Hous. Corp.,* 305 AD2d 546, 547 [2003]). The evidence, fairly interpreted, supports a finding that the purported escrow agreement was never communicated to the defendants and thus the defendants never undertook the obligations contained therein (*see Farago v Burke,* 262 NY 229, 233 [1933]; *Shapiro v Snow Becker Krauss,* 208 AD2d 461 [1994]; *Grossman v Fieland,* 107 AD2d 659, 660 [1985]). Accordingly, the complaint was properly dismissed.

In light of our determination, we need not reach the defendants' alternative argument in support of affirmance. Ritter, J.P., Krausman, Schmidt and Crane, JJ., concur.